1 So.2d 312

## Lee GOINS v. STATE.

### 4 Div. 198.

Supreme Court of Alabama.

March 27, 1941.

W. R. Belcher and J. W. Brassell, both of Phenix City, for petitioner.

Thos. S. Lawson, Atty. Gen., and James F. Matthews, Asst. Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Lee Goins for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Goins v. State, 1 So.2d 311.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.